# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150142

_____

In re ARS, Minor.

_____

PHILLIP SCHNEBELT and PAMELA
SCHNEBELT,
      Petitioners-Appellants,

v

DEREK MUSALL,
      Respondent-Appellee,

and

KAYLEIGH MARIE SCHNEBELT,
      Respondent-Appellant.

_____/

SC:  150142
COA:  318638
Shiawassee CC Family Division:
13-003727-AF

      On March 10, 2015, the Court heard oral argument on the application for leave to appeal the June 12, 2014 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2015             

s0317

Clerk